**Earl William CAMPBELL,**
**Petitioner/Cross–Respondent,**

v.

**The PEOPLE of the State of Colorado,**
**Respondent/Cross–Petitioner.**

No. 90SC86.

Supreme Court of Colorado,
En Banc.

July 30, 1990.

Petition for Writ of Certiorari GRANT-ED. Cross–Petition for Writ of Certiorari DENIED.